

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-14-00197-CR |
| Appellant, | § | Appeal from |
| v. | § | County Court at Law No. 3 |
| CALEB ANTHONY CONSTANCIO-TOLEDO, | § | of Williamson County, Texas |
| | § | (TC # 14-02573-1) |
| Appellee. | § | |

## MEMORANDUM OPINION

The State of Texas has filed a motion to dismiss its appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). We grant the motion and dismiss the appeal.


November 4, 2015

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)